**DISMISS and Opinion Filed July 12, 2013.**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-13-00052-CV**

**KOZAMESA, INC., Appellant**
**V.**
**MERIDIAN MORTGAGE INVESTORS FUND V, LLC, Appellee**

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-10-15377**

## MEMORANDUM OPINION

Before Justices Lang, Myers, and Evans
Opinion by Justice Myers

Before the Court is the parties' joint motion to dismiss the appeal. The parties have informed the Court that they have settled their differences. Accordingly, we grant the parties' motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(2).

/Lana Myers/
LANA MYERS
JUSTICE

130052F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

KOZAMESA, INC., Appellant

No. 05-13-00052-CV          V.

MERIDIAN MORTGAGE INVESTORS
FUND V, LLC, Appellee

On Appeal from the 191st Judicial District
Court, Dallas County, Texas.
Trial Court Cause No. DC-10-15377.
Opinion delivered by Justice Myers.
Justices Lang and Evans, participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that each party bear its own costs of this appeal.

Judgment entered this 12th day of July, 2013.

/Lana Myers/
LANA MYERS
JUSTICE